# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER TURNER and AUTUMN PARTRIDGE,<br><br>    Plaintiffs<br><br>v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:22-cv-01611-APG-NJK<br><br>**Order to Show Cause Why This Action Should Not Be Remanded for Lak of Subject Matter Jurisdiction** |

In light of defendant Allstate Fire & Casualty Insurance Company's response to the order to show cause (ECF No. 8),

I ORDER that the order to show cause (ECF No. 7) is satisfied, and I will not remand the case to the state court for lack of subject matter jurisdiction at this time.

DATED this 17th day of October, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE