# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER TURNER, et al., <br>     Plaintiffs, <br> v. <br> ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, <br>     Defendant. | Case No. 2:22-cv-01611-APG-NJK <br><br> **Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 21, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: November 14, 2022

                                                                    Nancy J. Koppe <br>
                                                                      United States Magistrate Judge