1  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
2  W. ELIZABETH DO, ESQ.
   Nevada State Bar No. 13861
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
6  jchristensen@bremerwhyte.com
   edo@bremerwhyte.com
7
   Attorneys for Defendant,
8  ALLSTATE FIRE AND CASUALTY
   INSURANCE COMPANY
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER TURNER, individually; AUTUMN PARTRIDGE, individually, | Case No. 2:22-CV-01611-APG-NJK |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| ALLSTATE FIRE & CASUALTY INSURANCE COMPANY; DOES I - X, and ROE CORPORATIONS I - X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Alexander Turner and Autumn Partridge by and through their attorneys of record, Seth R. Little, Esq. of Hicks & Brasier and Defendant, Allstate Fire & Casualty Insurance Company by and through its attorneys of record, Jared G. Christensen, Esq. and W. Elizabeth Do, Esq. of Bremer Whyte Brown and O'Meara, LLP, that all of Plaintiffs' claims against Allstate Fire & Casualty Insurance Company be dismissed, with prejudice.

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1498.209  4866-5355-7833.1

Each party to bear their own fees and costs.

DATED this 17th of January, 2023

**HICKS & BRASIER**

/s/ Seth R. Little
Seth R. Little, Esq.
Nevada State Bar No. 10664
*Attorneys for Plaintiffs,*
*Alexander Turner and Autumn Partridge*

DATED this 17th of January, 2023

**BREMER WHYTE BROWN & O'MEARA LLP**

/s/ W. Elizabeth Do
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
W. Elizabeth Do, Esq.
Nevada State Bar No. 13861
*Attorneys for Defendant,*
*Allstate Fire & Casualty Insurance Company*

## ORDER

## IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

Dated: January 18, 2023

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE)** in 2:22-cv-01611-APG-NJK was submitted by:

**BREMER WHYTE BROWN & O'MEARA LLP**

/s/ W. Elizabeth Do
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
W. Elizabeth Do, Esq.
Nevada State Bar No. 13861
*Attorneys for Defendant,*
*Allstate Fire & Casualty Insurance Company*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1498.209  4866-5355-7833.1